### THOMAS WHITE v. LEWIS MEASE.

ACTION brought in the district court of Butler county, by *Mease* against *White*, upon a certain judgment rendered August 6, 1877, in the court of common pleas of Montgomery county, Ohio, for the plaintiff and against the defendant, for $10,485.60. At the March Term, 1880, the court overruled the defendant's demurrer to the plaintiff's petition, and also overruled his motion for leave to answer, and gave judgment for the plaintiff. *White* brings the case here.

*Cyrus A. Leland*, for plaintiff in error.

*A. L. L. Hamilton*, for defendant in error.

*Per Curiam*: The judgment of the court below in this case will be affirmed, upon the authority of the case of *Thomas White v. John Treon*, ante, p. 484.